NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ABBOTT DIABETES CARE, INC.

---

2011-1516, -1517
(Reexamination Nos. 90/007,903, 90/007,910)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

Before REYNA, *Circuit Judge.*

## ORDER

DexCom, Inc. moves for leave to file a brief amicus curiae in support of the United States Patent and Trademark Office. Abbott Diabetes Care, Inc. opposes. DexCom, Inc. replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**FEB 2 9 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gregory A. Castanias, Esq.
     Raymond T. Chen, Esq.
     Brian M. Kramer, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 9 2012

**JAN HORBALY**
**CLERK**